■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN WASHINGTON, Appellant. (Appeal No. 1.) [837 NYS2d 895]— Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered February 5, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN WASHINGTON, Appellant. (Appeal No. 2.) [837 NYS2d 895]— Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered February 5, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.